AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
9/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
9/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

United States of America

v.

ALEXANDER JAMES HAMILTON,

Defendant.

Case No. 8:21-mj-00604-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 13, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of a Child in Interstate Commerce to Engage in Prostitution |

This criminal complaint is based on these facts:

 Please see attached affidavit.

☒ Continued on the attached sheet.

/s/ Joe Fenty
Complainant's signature

Joe Fenty, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 7, 2021

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Jake Nare (714-338-3549)

**AFFIDAVIT**

I, Joe Fenty, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed with HSI since May 2006. I am currently assigned to the HSI Assistant Special Agent in Charge office in Orange County. I am currently responsible for investigating crimes related to Counterterrorism to include human trafficking. I have successfully completed the Criminal Investigative Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Alexander James HAMILTON, also known as "Alex" ("HAMILTON"), for a violation of 18 U.S.C. § 2423(a), Transportation of a Child in Interstate Commerce to Engage in Prostitution. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and

1

statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

**A. The Orange County Human Trafficking Task Force (OCHTTF) Was Contacted about a Minor Being Trafficked in Santa Ana, California**

3. On August 12, 2021, I spoke to TFO Orange County Human Trafficking Task Force ("OCHTTF") Detective Britain Speakman about, and reviewed reports related to, an investigation into human trafficking by HAMILTON. Based on Detective Speakman's report and the information I received, I learned the following:

a. On January 15, 2021, at approximately 12 p.m., a Crime Analyst with the Vancouver, Washington Police Department contacted Detective Speakman about a 17-year-old girl, who shall be referred to as the "minor victim," who reported to her mother on January 13, 2021 that she was in Southern California with a "pimp" and things did not feel right. The minor victim told her mother that she wanted to come home. The minor victim was put in contact with a victim advocate in the state of Washington who arranged for the minor victim to be picked up from her hotel at the Best Western located at 2700 Hotel Terrace, Santa Ana, California via a rideshare service and taken to the Amtrak station in Santa Ana, California.

b. The victim advocate gave Detective Speakman the minor victim's phone number and, using the number, Detective

Speakman located an online advertisement on Adultsearch.com.[1] The pictures in the online ad were not that of the victim. Based on my training and experience, I know that it is not uncommon for victims to use fake pictures and not use pictures of themselves due to fear that the police may be monitoring the website. The online advertisement depicted the minor victim's phone number and listed she did "Incall's" (a reference to a sexual encounter where the purchaser travels to a woman's location) and "Outcall's" (a reference to a sexual encounter where the woman travels to a sex purchaser's location). The advertisement was posted in the Los Angeles area on December 7, 2020.

        c.    Detective Speakman spoke to another victim advocate named Robin Miller who told Detective Speakman that she was in communication with the minor victim but did not know where she was. According to the victim advocate, the minor victim found out the train to Washington did not leave Los Angeles until Monday January 18, 2021, and she did not want to wait that long. The victim advocate was worried that the minor victim would return to the trafficker that she had called her mother about.

      **B.**    **OCHTTF Located the Minor Victim and Arrested HAMILTON**

    4.    Later on January 15, 2021, Santa Ana Police Department ("SAPD") Vice Detectives assisted by going to the Amtrak station

---

[1] Based on my training and experience, I know that Adultsearch.com is a website that is used to post advertisements for adult services. Adultsearch.com allows individuals to post services by locality and is used by escorts to advertise their services.

3

in Santa Ana to look for the minor victim. The minor victim was not found but an Amtrak station employee reported seeing the minor victim earlier that morning.

5. Based on the previous information that the minor victim was staying at a Best Western Hotel in Santa Ana, detectives traveled to the hotel looking for her. During their surveillance, detectives saw the minor victim walk up to a tan Mercedes 4-door vehicle with Oregon license plates occupied by two males. The minor victim grabbed a striped bag from the car and walked toward the Best Western. Before she could be stopped, the minor victim entered an unknown room and could not be found.

6. A marked Santa Ana Police unit stopped the tan Mercedes and the two males were detained in the vehicle. The driver was identified as HAMILTON and the passenger was later identified HAMILTON's uncle; both were from Portland, Oregon. The occupants told officers that they were cousins and the vehicle belonged to their grandfather. The occupants stated they drove to southern California for a sound system to be installed in the vehicle.

7. Based on the call from the minor victim that she was being trafficked in Orange County by a pimp, the fact that the minor victim was from Vancouver, Washington which is on the border of Oregon and HAMILTON had Oregon plates, and the minor victim being seen grabbing a large bag from the tan Mercedes, Detective Speakman placed HAMILTON and his uncle under arrest for a violation of California Penal Code Section 236.1, Human Trafficking of a Minor.

4

8.  During the arrest of HAMILTON and his uncle, Detective Speakman learned via the police radio that SAPD Vice Detectives located the minor victim in a hotel room and were going to transport her to the Santa Ana Police Station.  At the hotel, detectives also located another possible victim — an adult female who shall be referred to as Y.G.  Y.G. was also transported to SAPD.

    **C.**    **Interviews of HAMILTON and the Trafficking Victims**

9.  At the station, Detective Reedy with the Santa Ana Police Department and Detective Speakman spoke to the minor victim.  The minor victim was hesitant to speak with Detectives at first and initially told Detective Speakman that she was from Washington and came down here with her friend Y.G. a day prior on a Greyhound bus.  The minor victim told Detective Speakman that she had been involved in prostitution since she was 14 years old.  She knew what the terms "track" and "blade" meant (coded references to a location for soliciting prostitution).  Detective Speakman used the ruse that a hotel employee at Best Western saw her grab a bag from a car with two guys from Portland, Oregon.  Detective Speakman asked if she knew them, and she told him she did not.

10. Later in the interview, the minor victim admitted to knowing HAMILTON and identified the phone number (971) 277-0894 as belonging to HAMILTON.  Detective Speakman called the number in the victim's phone belonging to HAMILTON and observed HAMILTON's phone, which was seized upon his arrest, ring.  Detective Speakman later showed the minor victim a picture of

5

HAMILTON which she positively identified as "Alex." The minor victim stated she was friends with HAMILTON but didn't really know his "cousin" (which was an apparent reference to HAMILTON's uncle). The minor victim said she has known Y.G. for a while and met HAMILTON through her. The minor victim said they came down from Portland together and Y.G. and the minor victim came on a Greyhound bus while HAMILTON and his "cousin" drove down to Southern California. The minor victim said she told HAMILTON that she was involved in prostitution eight months ago and HAMILTON has been trying to talk her out of it. The minor victim said she came to Southern California for the weather but then decided to work as a prostitute. According to the minor victim, HAMILTON tried to get her to stop but she said no and told him the money was too good.

11. Detective Speakman asked if HAMILTON liked to stay close whenever she worked as a prostitute to make sure nothing bad happened to her. The minor victim said that the night prior, HAMILTON stayed across the street while she was working out of her hotel room at the Best Western. The minor victim stated she had eight "dates" (coded references to sexual encounters for money) and after, she gave HAMILTON around $900 in cash. Detective Speakman asked the minor victim for permission to download the contents of her phone. The minor victim agreed and signed a consent form.

12. Using information obtained from the interview of Y.G., Detective Speakman confronted the minor victim about how long she had known Y.G. and the minor victim admitted that she had only

known her and HAMILTON for about three days and met him through Snapchat.

13. Based on information seen on her phone, Detective Speakman asked the minor victim if while she was doing "Incalls" if she sent HAMILTON emoji's via text message to let him know that she had a "date" (sexual encounter). The minor victim stated that she would send HAMILTON an emoji with heart eyes when the "John"" arrived and after he left.

14. Detective Speakman asked if HAMILTON bought her condoms to use, and the minor victim responded yes but that she brought her own on the trip. Detective Speakman asked if she gave money to HAMILTON after one date or if she waited until after all of the dates to give him the money. The minor victim stated she gave him the money once she was done with all of her "dates."

15. Detective Speakman asked if she had worked any "tracks" while she was in Southern California; the detective specifically mentioned Beach Boulevard in Anaheim, which he knew to be a hotbed of prostitution activity. The minor victim said that she worked as a prostitute on Beach Boulevard on or about January 14, 2021, at approximately midnight. The minor victim said she worked the track for about an hour and had three "dates" and made "a couple of hundred" which she spent. The minor victim said HAMILTON took her and Y.G. to Beach Boulevard. The minor victim further stated that on January 13, 2021, while driving down from Portland, Oregon, they all stopped in Los Angeles on the Figueroa Street "track," and "worked" while HAMILTON stayed

in the area. Detective Speakman knew, based on his training and experience, that Figueroa Street is a known location for prostitution activity in Los Angeles, California.

16. At the end of the interview, the minor victim stated that HAMILTON has never forced her to work, Y.G. never forced her to work, and HAMILTON's "cousin" never forced her to work.

17. On January 15, 2021, Detective Kim and Detective R. Geiss interviewed Y.G. at the SAPD, in which the following occurred:

 a. Y.G. stated she was originally from Portland, Oregon and she stated in prostitution when she was nineteen years old.

 b. Y.G. stated that in December 2017 she stopped working as a prostitute but she recently lost her job and needed work and money. Y.G. said she saw a Snapchat video by an acquaintance that asked if anyone wanted to go down to Los Angeles. Seeing it as an opportunity to go down to the Los Angeles area to work as a prostitute, Y.G. responded to the person's Snapchat account. Y.G. identified the person that posted on Snapchat as HAMILTON. Y.G. stated that she had a conversation with HAMILTON about going down to Los Angeles to work as a prostitute so that she could make some money. Y.G. stated that HAMILTON already knew she worked as a prostitute in the past and when they talked about going down to Los Angeles, there was an understanding that Y.G. wanted to make money as a prostitute.

   c. Y.G. said she was picked up on January 13, 2021 in Oregon by the minor victim in a tan colored Chrysler. Y.G. had never met the minor victim before. According to Y.G., HAMILTON was in a separate vehicle with another male she only knew as HAMILTON's uncle. Upon being picked up, Y.G. and the minor victim drove down to Southern California in the Chrysler while HAMILTON and his uncle followed in a separate vehicle. Upon arrival, Y.G. and the minor victim stayed at the Best Western in Santa Ana, California while HAMILTON and his uncle stayed at another location.

   d. Y.G. said that shortly after checking into their room, HAMILTON picked up Y.G. and the minor victim in the tan Chrysler and drove them to Figueroa Street in Los Angeles to work as a prostitute on the "track." Y.G. stated HAMILTON dropped them off on the track and left, before returning a few hours later to pick them up and drive back to Santa Ana. Y.G. stated she had three sex dates while working on the track and she believed the minor victim had one or two sex dates.

   e. Y.G. stated that HAMILTON did not force her to work as a prostitute and she does not believe HAMILTON forced the minor victim to work as a prostitute. Y.G. stated that she kept all the money she earned and that HAMILTON was not her pimp. Y.G. stated that HAMILTON only assisted her by driving her to the track, and in return, she paid for his gas and food with the money derived from prostitution.

   f. Detective Kim later asked and received permission to search Y.G.'s cell phone. While reviewing the phone,

9

Detective Kim located a commercial sex advertisement on Adultsearch.com with Y.G.'s face on it. Detective Kim also located a text conversation between Y.G. and someone labeled as "Dadd," using HAMILTON's phone number (971) 277-0894. Y.G. confirmed "Dadd" was HAMILTON. Based on my training experience, I know that individuals working in prostitution will often refer to their trafficker or pimp as "dad" or "daddy." In the text message conversation, HAMILTON told Y.G. where to post her commercialized sex advertisement on websites like listcrawler.com and Adultsearch.com, and assisted her in registering an account. Detective Kim also saw text messages in which Y.G. told HAMILTON that she had a "date" while working on the track and various other comments that, based on my training and experience, showed HAMILTON's knowledge that Y.G. was working as a prostitute.

g.  Upon reviewing the text conversations, Detective Kim asked Y.G. if HAMILTON was her pimp and she stated he may have thought so; however, she did not think so because she was keeping all the earnings from prostitution for herself. Y.G. stated she called HAMILTON daddy because she thought it was funny to give false hope to guys. Y.G. said she did not know what HAMILTON's relationship was with the minor victim and she was not aware if the minor victim had any sexual encounters while staying at the Best Western in Santa Ana.

D.  **Calls and Text Messages by HAMILTON about Sex Trafficking**

6.  On January 19, 2021, Detective Kim listened to jail

10

phone calls placed by HAMILTON from the Anaheim City Jail shortly after his arrest. One of the calls placed on January 15, 2021, was to telephone number (360) 947-5956. During the phone call, HAMILTON spoke to a female named "Kay," telling her that he was arrested for human trafficking and that he thought he was going away for a long time. "Kay" told HAMILTON that she tried to warn him and he did not listen to her.

7. Detective Kim conducted a records search of phone number (360) 947-5956 using open sources and located several online sex advertisements using the phone number. The advertisements were posted in Phoenix, Arizona (December 7, 2020), Los Angeles, California (December 8, 2020), and Portland, Oregon (January 9, 2021).

8. Detective Kim also searched for online sex advertisements using the minor victim's phone number and located advertisements posted in Phoenix, Arizona (December 7, 2020), Portland, Oregon (January 7, 2021), and Los Angeles, California (January 8, 2021). Detective Kim noticed the ads were posted on or about the same dates in three different cities as the ads posted using the phone number (360) 947-5956.

9. Using the photograph contained in the online sex advertisement posted by "Kay" with phone number (360) 947-5956, Anaheim Police Department Investigator Medina located an Instagram account with the profile name "Tori_flamez" depicting the same female in the photograph. Investigator Medina then located a Facebook profile with the same name of Torriflamez, that contained the name of an individual . Investigator Medina

searched the name through an open-source data-base and located a female in Washington with an extensive history of prostitution, who shall be referred to as K.T. Detective Kim obtained an Oregon DMV photograph of K.T. which matched the female seen in the online sex advertisement.

    10.  When examining the contents of the phone belonging to the minor victim, Detective Kim located a series of text messages between the minor victim and phone number (360) 947-5956, which was identified as belonging to K.T. In the text messages, K.T. appears to assist the minor victim in positing sex advertisements. For example, on December 5, 2020, at about 11:23 p.m., the minor victim messaged K.T. stating that she was going to "take some trap ones rq (real quick) to post. . ." Based on my training and experience, I know that "trap" photographs refer to sexually provocative and/or nude photographs used for commercial sex websites and other advertisements. On December 6, 2020, at 2:57 a.m., K.T. asked the minor victim "How's it been so far" and the minor victim responded "[g]ood on my end I just got picked up." K.T. later told the minor victim to share her location. Based on my training and experience, and the fact that the conversation about the minor victim's location occurred hours after a conversation about "trap" photographs, I believe K.T. was checking up on the minor victim while she was engaged in prostitution. Based on my training and experience, I know that it is common for pimps and panderers to require their victims to share their location at all times. I further know that it is

common for a pimp to delegate his authority to his "Bottom" — a female appointed by the trafficker to supervise other females engaged in prostitution.

11. On December 7, 2020, K.T. sent the minor victim a screen shot of a text conversation K.T. had with another girl "Destiny." In the text messages, K.T. gave Destiney instructions to stay off her phone while she was engaging in commercial sex and the only time she should be on the phone is to talk with K.T. or speaking with a "trick" (a coded reference to a sex purchaser).

12. Detective Kim searched a cell phone seized from HAMILTON upon his arrest, pursuant to a search warrant issued on January 19, 2021 by the Honorable Michael Murray, California Superior Court Judge. During the search, Detective Kim located several text messages between HAMILTON and the phone number (360) 947-5956 (K.T.), which HAMILTON saved under the contact "Kay." The messages range from January 11, 2021 to January 15, 2021. The following is a summary of the messages between K.T. and HAMILTON:

    a. On January 12, 2021, K.T. sent HAMILTON a video showing a white female in lingerie having her picture taken. HAMILTON responded to the video stating: "That's yo project u better mash on her fr" and "She can get a big bag." Based on my training and experience, I believe in this text message HAMILTON was giving K.T. the responsibility of grooming and supervising this unknown female in prostitution and that "getting a bag" refers to obtaining large sums of money through commercial sex.

13

This further supports my belief that K.T. had the responsibilities of a "Bottom." K.T. responded "She's finna make so much money Felisha (likely another prostitute) got her all the way in the game." Based on my training and experience, I know the term "the game" often refers to the pimping and prostitution subculture. HAMILTON replied "you got her ads up" (referring to online advertisements for sex). K.T. responded, "We doing them now." HAMILTON told K.T.: "That's yo bitch lol" and "Get a stable unknown." Based on my training and experience, I know that a "stable" is slang for a group of girls that work for a particular pimp. HAMILTON told K.T., "Lol u breeding birches [sic]." K.T. replied "it's in me not on me . . . . I learned from the best." HAMILTON said, "Lol we elevated together I ain't even gone say it was me it was us," to which K.T. replied "On god the both of us together we learned from each other." Based on my training and experience, and knowledge of this investigation, I believe that in this email conversation, HAMILTON is instructing K.T. to further recruit and train women into prostitution, which is indicative of K.T. acting as a "bottom," for HAMILTON.

   b. K.T. later asked HAMILTON if she could use his account on "Mega" (which I believe was a reference to MegaPersonals.com, another website used by traffickers to advertise sex services). HAMILTON told K.T. that he forgot his log-in but if she could remember his email, she could use the account. K.T. asked HAMILTON for $25 to post the online sex advertisement depicting the unknown white female and later told

14

HAMILTON the advertisements were up. Detective Kim later located online advertisements depicting the same unknown white female using the same pictures K.T. sent to HAMILTON posted on MegaPersonals.com.

        c. On January 13, 2021, two days prior to the minor victim being located in Santa Ana, HAMILTON told K.T. he was leaving Portland to lay low for a while. K.T. asked, "How u gonna make money while u fine . . . Gone." HAMILTON responded, in part, "Why is u questioning me?" "How u think tf [the fuck] . . . . What I been doin out here." K.T. responded "I'm js u got me sitting around no instructions i feel like u moving without me but I'm not trippin." HAMILTON instructed K.T. to take "dianna," who appears to be another prostitute, to "Denver or Boston," and then said "U ask for instructions but don't follow." Based on my training and experience, I believe that in this conversation K.T. was concerned that HAMILTON was making money without her (K.T.) and HAMILTON, in reply, was upset with K.T. for questioning his actions. From my training and experience, I know that pimps and traffickers take it as disrespect when their trafficking victims question their actions.

        d. On January 13, 2021, after K.T. sent HAMILTON a series of text messages indicating that she was upset with HAMILTON for leaving, HAMILTON sent K.T. a text message, stating "[p]lus u past some blade shit [n-word] I want u on some high class kicking yo feet up runnin birches [sic] shit but first thing first is understanding what I'm doin and being submissive

15

even if u don't fully agree Kay." Based on my training and experience, I believe that in this conversation, HAMILTON told K.T. he wants her to supervise prostitutes instead of working as one herself. Near the end of the conversation, K.T. told HAMILTON "I hope y'all make a lot of money and have a good time u always do."

  e. On January 15, 2021, K.T. texted HAMILTON that she was in Redding, California with Diana, and that they had car trouble. K.T. apologized to HAMILTON for their argument. K.T. told HAMILTON, "I checked over a band from Diana." Based on my training and experience, I know that "band" refers to $1000, often times obtained through commercial sex. HAMILTON told K.T., "I been tryna get ahold of u for day's now u wanna write me when the car fucked up." K.T. later responded, "Why u coming at me like I'm one of these niggas that use you I only haven't talked to u cause I was trynna let u pimp."

  f. On January 15, 2021, the day HAMILTON was arrested in Santa Ana, California, at approximately 7:05 a.m., HAMILTON asked K.T. for help posting advertisements. HAMILTON told K.T. that Adultsearch.com only takes bitcoin as payment and he asked her to post the advertisements for him. K.T. responded that it was easy and sent him instructions on how to add money to the account. HAMILTON responded "I aint got no money on Cashapp do it for me" and expressed frustration because he was not able to do it. K.T. responded, "I don't either all i got is cash."

 13. Investigators determined that on the date of these

16

text messages, January 15, 2021, HAMILTON was checked in to the La Quinta Inn, in Santa Ana and he was arrested around 12:00 p.m. that day after he was seen with the minor victim.

14. HAMILTON's uncle was released on January 15, 2021. At the request of HAMILTON, investigators gave his uncle the keys to the brown Chrysler. At 9:13 p.m., K.T. and HAMILTON had a jail phone call where she told HAMILTON that she was at the hotel trying to obtain HAMILTON's car from his uncle. Detective Kim reviewed the call, and in the call, he heard K.T. knocking on doors until finally locating his uncle. Detective Kim believes it was the uncle because K.T. asked the man for the car keys and HAMILTON's belongings.

### IV. CONCLUSION

15. For the reasons described above, there is probable cause to believe that HAMILTON, also known as "Alex," as committed a violation of 18 U.S.C. § 2423(a) Transportation of a Child in Interstate Commerce to Engage in Prostitution.

Attested to by the applicant
in accordance with the
requirements of Fed. R.
Crim. P. 4.1 by telephone on
this  7th  day of September
2021.


    /s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE